NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002287
08-OCT-2014
09:08 AM

NO. CAAP-13-0002287

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CIVIL NO. 11-1-2095

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE
FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE
CWMBS 2006-10 TRUST, MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2006-10, Plaintiff-Appellee,
v.
R. ONAGA, INC., a Hawai'i corporation, Defendant-Appellant,
and
ROBERT NISPEROS MARQUEZ; MARLYN MIRANDA MARQUEZ;
MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,
solely as nominee for CASTLE & COOKE MORTGAGE, LLC,
a Utah corporation; DEPARTMENT OF TAXATION, STATE OF
HAWAI'I; UNITED STATES OF AMERICA, DEPARTMENT OF THE
TREASURY, INTERNAL REVENUE SERVICE, Defendants-Appellees,
and
JOHN DOES 1-20, JANE DOES 1-20, DOE CORPORATIONS 1-20,
DOE ENTITIES 1-20, and DOE GOVERNMENTAL UNITS
1-20, Defendants

CIVIL NO. 12-1-1758

R. ONAGA, INC., a Hawai'i corporation, Plaintiff-Appellant,
v.
ROBERT NISPEROS MARQUEZ; MARLYN MIRANDA MARQUEZ;
BANK OF NEW YORK MELLON, TRUSTEE;
MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,
DEPARTMENT OF TAXATION, STATE OF HAWAI'I;
INTERNAL REVENUE SERVICE, DEPARTMENT OF THE
TREASURY, U.S.A., Defendants-Appellees,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10, and DOE GOVERNMENTAL UNITS
1-10, Defendants

**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 11-1-2095 AND 12-1-1758)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of "Intervenors Lyle Anthony Ferrara's and Linda Susan Ferrara's Motion: (1) For Reconsideration of the Summary Disposition Order, Filed on September 18, 2014, And (2) To Dismiss the Appeal" filed September 29, 2014, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:    Honolulu, Hawaiʻi, October 8, 2014.

On the motion:

Richard Naiwieha Wurdeman
for Intervenors Lyle
Anthony Ferrara and
Linda Susan Ferrara.

Chief Judge

Associate Judge

Associate Judge

2